IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

FILED BY _____ D.C.
05 DEC 12 PM 1:56

THOMAS M. GOULD
CLERK, U.S. DISTRICT COURT
W/D OF TN, MEMPHIS

|  |  |
|---|---|
| UNITED STATES OF AMERICA )<br>    Plaintiff, )<br> )<br>VS. )<br> )<br>KEVIN RUDD, )<br>    Defendant. )<br> ) | CR. NO. 2:04-20479-B |

### ORDER ON CHANGE OF PLEA AND SETTING

This cause came on to be heard on December 12, 2005, the United States Attorney for this district, Stephen Hall, appearing for the Government and the defendant, Kevin Rudd, appearing in person and with counsel, Randy Alden, who represented the defendant.

With leave of the Court, the defendant withdrew the not guilty plea heretofore entered and entered a plea of guilty to Count 1 of the Indictment.

Plea colloquy was held and the Court accepted the guilty plea.

**SENTENCING** in this case is **SET** for **THURSDAY, MARCH 9, 2006, at 1:30 p.m., before Judge J. Daniel Breen.**

Defendant is remanded to the custody of the U. S. Marshal.

**ENTERED** this the 12 day of December, 2005.

J. DANIEL BREEN
UNITED STATES DISTRICT COURT

This document entered on the docket sheet in compliance with Rule 55 and/or 32(b) FRCrP on 12-13-05



UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 37 in case 2:04-CR-20479 was distributed by fax, mail, or direct printing on December 13, 2005 to the parties listed.

---

Stephen P. Hall
U.S. ATTORNEY'S OFFICE
167 N. Main St.
Ste. 800
Memphis, TN 38103

Randolph W. Alden
FEDERAL PUBLIC DEFENDER
200 Jefferson Ave.
Ste. 200
Memphis, TN 38103

Honorable J. Breen
US DISTRICT COURT